UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr259

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ROBERT JOHN ULRICH. ) | |
| ) | |

**THIS MATTER** is before the court for return of defendant to state custody after sentencing in a federal matter for which defendant received a period of imprisonment to be run consecutive to the underlying sentence defendant received in state court on a related matter. Having consulted with the United States Marshal concerning the return to state custody, the court enters the following Order:

**ORDER**

**IT IS ORDERED,** and the United States Marshal is respectfully **INSTRUCTED**, to return defendant **ROBERT JOHN ULRICH** under safe and secure conduct to the State of North Carolina for service of his state sentence, based on the Judgment entered by this court on defendant's supervised release violation, providing for a federal sentence to be run consecutive to such state sentence.

Signed: November 9, 2011

Max O. Cogburn Jr.
United States District Judge